|   |   |
|---|---|
| To: | The Honorable Frank D. Whitney<br>Chief U.S. District Court Judge |
| From: | Glynis L. Eaton<br>U.S. Probation Officer |
| Subject: | **Gabriel James Pierce**<br>Case Number: 0419 3:10CR00093- 001<br>**OUT-OF-COUNTRY TRAVEL** |
| Date: | 5/29/2014 |




**NORTH CAROLINA WESTERN MEMORANDUM**

Mr. Pierce appeared before Your Honor on April 21, 2011, for the offense of Manufacture and Attempt to Manufacture Marijuana and Possession of a Firearm not Registered to Defendant in National Firearms Registration and Transfer Record. Mr. Pierce was sentenced to eighteen (18) months imprisonment followed by a five (5) year term of supervised release. Supervised release commenced in the Western District of North Carolina on September 10, 2012.

Mr. Pierce has submitted a request to travel to Plia del Carmen, Mexico on a family vacation. Mr. Pierce would leave on July 14, 2014, and return on July 19, 2014. The defendant has maintained full compliance with the conditions of supervision. It is recommended that Mr. Pierce be allowed to travel to Mexico.

Thank you for your time and attention to this matter. Please do not hesitate to contact me at 704-350-7637, should you have any questions.

---

THE COURT ORDERS:

☑ Permission to Travel Approved
☐ Permission to Travel Denied
☐ Other

*[Signature]*
USDJ- WDNC